UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD E. SNIDER, | 1:04-cv-06051-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 16), |
| vs. | **DISMISSING ACTION AND DIRECTING CLERK OF COURT TO** |
| JAIL PSYCHIATRIC SERVICES, et al., | **ENTER JUDGMENT FOR DEFENDANTS** |
| Defendants. | |

Plaintiff, Harold E. Snider ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 15, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 15, 2006, are ADOPTED IN FULL;

2. This action is DISMISSED based on plaintiff's failure to obey the court's order of January 31, 2006, and for failing to state a claim upon which relief can be granted;

3. The Clerk of the Court is directed to enter judgment for defendants.

IT IS SO ORDERED.

**Dated:  April 17, 2006**           /s/ Robert E. Coyle
668554                               UNITED STATES DISTRICT JUDGE